UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

LUIS FLORES ARZUAGA, ET AL., *
    Plaintiffs, *
     *
    v. *    CIVIL NO. 98-2080 (PG)
     *
COMMONWEALTH OF PUERTO RICO, *
ET AL., *
    Defendants. *

**PARTIAL JUDGMENT**

On July 17, 2000, the Court entered an opinion and order granting defendants' Commonwealth of Puerto Rico, the Puerto Rico Police Department (Docket No. 5), Commonwealth of Puerto Rico, the Puerto Rico Police Department and Pedro Toledo-Dávila, (Docket No. 11) and the United States of America, Federal Bureau of Investigation represented by Mr. James Weber, Director, (Docket No. 14) motions and denying plaintiffs' request of leave of Court to amend complaint (Docket No. 15). WHEREFORE, it is hereby

**ORDERED and ADJUDGED** that Judgment be entered **DISMISSING** the instant action as against the above mentioned defendants.

**IT IS SO ORDERED.**

San Juan, Puerto Rico _August_ _1_, 2000.

                                            JUAN M. PEREZ-GIMENEZ
                                            U.S. District Judge