UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| LUIS FLORES ARZUAGA, ET AL., | |
| Plaintiffs, | |
| v. | CIVIL NO. 98-2080(PG) |
| COMMONWEALTH OF PUERTO RICO, ET AL., | |
| Defendants. | |

### ORDER

The Court having entered partial judgment dismissing the case as to the Commonwealth of Puerto Rico, the Puerto Rico Police Department, Pedro Toledo-Dávila, the United States of America and the Federal Bureau of Investigation, represented by Mr. James Weber, Director, the plaintiffs are hereby granted fifteen (15) days to show cause in writing why the complaint should not be dismissed as to the remaining, yet unidentified, defendants,

**IT IS SO ORDERED.**

San Juan, Puerto Rico August 1, 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge