UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUIS FLORES ARZUAGA

**Plaintiff(s)**

v.                    CIVIL NUMBER:   98-2080 (JAG)

COMMONWEALTH OF PUERTO RICO,
ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 12/14/00<br>**Title:** Motion to Withdraw from Legal Representation<br>**Docket(s):** 26<br>[x] **Plff(s)**   [ ] **Dft(s)**   [ ] **Other** | The motion is granted. Plaintiff shall have 45 days to retain new counsel and have his new counsel enter an appearance on his behalf. Counsel for plaintiff shall deliver a copy of this order to plaintiff and shall certify its doing so with the Court. |

Date:   January 8, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge