# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

LUIS FLORES ARZUAGA

**Plaintiff(s)**

v.                                    CIVIL NO.   98-2080 (JAG)

COMMONWEALTH OF PUERTO RICO,
ET AL

**Defendant(s)**

---

## ORDER

On January 11, 2001, the Court ordered plaintiff to announce new legal representation by February 26, 2001. Over four months have elapsed since that order without any response from plaintiff. Accordingly, plaintiff is hereby ordered to file, within ten (10) days from the date of this order, a motion indicating who will be successor counsel, or in the alternative, whether he intends to represent himself pro se. Failure to comply with the Court's order may result in a dismissal of the case.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 9th day of July, 2001.

JAY A. GARCIA-GREGORY
U.S. District Judge


