IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUIS FLORES ARZUAGA

**Plaintiff(s)**

v.   CIVIL NO. 98-2080 (JAG)

COMMONWEALTH OF PUERTO RICO,
ET AL

**Defendant(s)**

## ORDER

On July 9, 2001, the Court ordered plaintiff to file, within ten (10) days a motion indicating who would be successor counsel, or whether he would represent himself pro se. The Court warned that failure to comply with its order could result in a dismissal of the case.

The plaintiff has not shown any interest in prosecuting his case against the remaining defendants, and has now disregarded the order of this Court. This case is hereby dismissed with prejudice. Judgment is to be entered accordingly.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 27th day of August, 2001.

JAY A. GARCIA-GREGORY
U.S. District Judge


