IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUIS FLORES ARZUAGA

**Plaintiff(s)**

v.                                                    CIVIL NO.  98-2080 (JAG)

COMMONWEALTH OF PUERTO RICO,
ET AL

**Defendant(s)**

---

**JUDGMENT**

Pursuant to the Order of August 27, 2001, this Court enters judgment dismissing this case with prejudice.

This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 27th day of August, 2001.

JAY A. GARCIA-GREGORY
U.S. District Judge

